# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**GEMESSIA HUDSON**                                                                        **PLAINTIFF**

**v.**                                          **Case No. 4:17-cv-00363-KGB**

**PHILANDER SMITH COLLEGE,** *et al.*                                    **DEFENDANTS**

## ORDER

Before the Court is a notice of settlement and joint stipulation of dismissal with prejudice submitted by plaintiff Gemessia Hudson and defendants Philander Smith College, Sericia Cole, and Dr. Roderick Smothers (Dkt. No. 38). The parties stipulate that this action and all claims asserted therein be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (*Id.*, ¶ 4). The stipulation accords with the terms of Rule 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 38).

The Court dismisses with prejudice this action. The parties shall bear their own costs, expenses, and attorneys' fees. The Court will retain jurisdiction to enforce the settlement agreement entered into between the parties.

So ordered this 19th day of October, 2018.

_____
Kristine G. Baker
United States District Judge